UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                     :
BERNHARD KÜHMSTEDT,                   :
                                                     :
                       Plaintiff,     :
                                                     :             25-CV-1073 (VSB)
                      -against-                    :
                                                     :                      **ORDER**
NOSTA BEAUTY, LLC, *et al.*,               :
                                                     :
                       Defendants.   :
                                                     :
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action on February 6, 2025, (Doc. 1), and filed an affidavit of service on March 6, 2026, (Doc. 8). The deadline for Defendant to respond to Plaintiff's complaint was March 25, 2025. To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 10, 2025. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:      March 26, 2025
               New York, New York

                                                            _____
                                                            VERNON S. BRODERICK
                                                            United States District Judge